1  Diego Acevedo (State Bar No. 244693)
   email:  dacevedo@fbm.com
2  Sarah F. Peterman (State Bar No. 227082)
   Email:  speterman@fbm.com
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Plaintiff
   JAY E. MARTIN
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12
   JAY E. MARTIN on behalf of himself and          Case No. CV 09-3478
13 all others similarly situated,
                                                    **STIPULATION AND [PROPOSED]**
14                    Plaintiff,                    **ORDER SELECTING ADR**
                                                    **PROCESS**
15           vs.

16 LUMETRA CO., INC.,

17                    Defendant.

18

19         Counsel report that they have met and conferred regarding ADR and have reached the

20 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

21 The parties agree to participate in the following ADR process:

22         **Court Processes:**
              ___    Non-binding Arbitration (ADR L.R. 4)
23            ___    Early Neutral Evaluation (ENE) (ADR L.R. 5)
               X     Mediation (ADR L.R. 6)
24

25 *(Note:  Parties who believe that an early settlement conference with a Magistrate Judge is*

26 *appreciably more likely to meet their needs than any other form of ADR, must participate in an*

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. CV 09-3478                                              24879\2070663.2

1    *ADR phone conference and may not file this form.  The must instead file a Notice of Need for*

2    *ADR Phone Conference.  See Civil Local Rule 16-8 and ADR L.R. 3-5)*

3            **Private Process:**

4            ___     Private ADR *(please identify process and provider)* _____

5

6    The parties agree to hold the ADR session by:

            ___     the presumptive deadline *(the deadline is 90 days from the date of the order*

7            *referring the case to an ADR process unless otherwise ordered.)*

8            _X_     other requested deadline:  The parties are already engaged in settlement
                    negotiations.  Therefore, so as to allow adequate time to

9                    continue these settlement negotiations, the parties jointly
                    request that the mediation to which they hereby stipulate

10                   not be scheduled until a date that is 120 days from the
                    Initial Case Management Conference (i.e., a date no

11                   earlier than March 5, 2010).

12   Dated:  October 15, 2009               FARELLA BRAUN & MARTEL LLP

13

14   I represent that concurrence in the filing of
     this document has been obtained from the

15   other signatory, which shall serve in lieu of      By:  _/s/ Sarah F. Peterman_____
     his signature on this document.                           Sarah F. Peterman

16                                            Attorneys for Plaintiff
                                             JAY E. MARTIN

17
                                             LANKENAU & MILLER, LLP

18                                           Stuart J. Miller (SJM 4276)
                                             132 Nassau Street, Suite 423

19                                           New York, NY  10038
                                             Telephone:  (212) 581-5005

20                                           Facsimile:  (212) 581-2122

21                                           THE GARDNER FIRM, P.C.
                                             Mary E. Olsen (OLSEM4818)

22                                           M. Vance McCrary (MCCRM4402)
                                             J. Cecil Gardner (GARDJ3461)

23                                           1119 Government Street
                                             P.O. Drawer 3103

24                                           Mobile, AL  36652
                                             Telephone:  (251) 433-8100

25                                           Facsimile:  (251) 433-8181

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS                        - 2 -
CASE NO. CV 09-3478                                                          24879\2070663.2

1

2          Cooperating Attorneys for
           THE NLG MAURICE AND JANE SUGAR LAW
           CENTER FOR ECONOMIC AND SOCIAL
3          JUSTICE,  a non-profit law firm
           733 St. Antoine, 3rd Floor
4          Detroit, Michigan  48226
           Telephone:  (313) 962-6540
5

6    Dated:  October 15, 2009          DLA Piper

7

8                                      By:   /s/ John R. Hurley_____
                                               John R. Hurley

9                                      Attorneys for Defendant
                                       LUMETRA CO., INC.,
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS                 - 3 -
CASE NO. CV 09-3478                                         24879\2070663.2

1

**[PROPOSED] ORDER**

2

Pursuant to the parties stipulation,

3

IT IS HEREBY ORDERED THAT the Case Management Conference scheduled for

4

11/12/2009 is CONTINUED to **2/25/10 at 2:30 p.m.**  The parties shall meet and confer prior to

5

the conference and shall prepare a joint Case Management Conference Statement which shall be

6

filed no later than ten (10) days prior to the Case Management Conference  that complies with the

7

Standing Order for All Judges of the Northern District of California and the Standing Order of

8

this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the

9

conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above

10

indicated date and time.

11

IT IS SO ORDERED.

12

Dated: October 16, 2009

13

SAUNDRA BROWN ARMSTRONG
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. CV 09-3478

- 4 -

24879\2070663.2