1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

| | |
|---|---|
| JAY E. MARTIN, | CASE NO.  CV 09 3478 SBA |
| Plaintiff, | |
| v. | **ORDER FOR FILING OF MOTION FOR PRELIMINARY APPROVAL** |
| LUMETRA CO., INC., | |
| Defendant. | |

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
EAST PALO ALTO

-1-

[PROPOSED] ORDER
CASE NO.  CV 09 3478

1    The parties have advised the Court that they have reached an agreement in principle for a

2  class-wide settlement, and have made a stipulated request a schedule to submit their settlement to

3  the Court for approval.  Based on the stipulation and request of the parties, and good cause

4  appearing, IT IS HEREBY ORDERED:

5    1.    The parties shall file a joint motion for preliminary approval and conditional class

6          certification by February 26, 2010;

7    2.    A hearing on the parties' motion for preliminary approval and conditional class

8          certification is set for Tuesday, March 9 at 1:00 p.m.; and

9    3.    All other pending dates and deadlines in this matter are hereby vacated.

10  IT IS SO ORDERED.

11

Dated:  2/16/10

12

13    By _____
      HON. SAUNDRA B. ARMSTRONG
14    United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28