*E-Filed 5/13/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAY E. MARTIN, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br>     v.<br><br>LUMETRA CO., INC.,<br><br>              Defendant.<br>_____/ | No. C 09-03478 RS<br><br>**ORDER** |

In accordance with the Order Reassigning Case, filed March 18, 2010, the parties are instructed to submit a joint stipulation (1) setting forth a deadline for the filing of a joint motion for preliminary approval and conditional class certification and (2) noticing that motion for hearing before the Court in accordance with Civil L.R. 7-2.  Said stipulation shall be due 14 days from the date of this Order.

IT IS SO ORDERED.

Dated: 5/13/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-03478 RS
ORDER