*E-Filed 6/3/10*

1  HOPE ANNE CASE, Bar No. 157089
   hope.case@dlapiper.com
2  DLA PIPER LLP (US)
   2000 University Avenue
3  East Palo Alto, CA  94303-2214
   Tel:  650.833.2000
4  Fax:  650.833.2001

5  CARTER W. OTT, Bar No. 221660
   carter.ott@dlapiper.com
6  DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
7  San Francisco, CA  94105
   Tel:  415.836.2500
8  Fax:  415.836.2501

9  Attorneys for Defendant
   LUMETRA HEALTHCARE SOLUTIONS
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15  | JAY E. MARTIN, on behalf of himself and all others similarly situated, | CASE NO. 3:09-cv-03478-RS |
    |---|---|
    | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING MOTION FOR CONDITIONAL CERTIFICATION AND PRELIMINARY SETTLEMENT APPROVAL** |
    | v. | |
    | LUMETRA CO., INC., | |
    | Defendant. | |

DLA PIPER LLP (US)

WEST\21972523.1

-1-
STIP. AND [PROPOSED] ORDER RE MOT. PRELIM. SETTLEMENT APPROVAL
CASE NO. 3:09-CV-03478-RS

In accordance with the Court's May 13, 2010 Order, the parties hereby stipulate as follows:

1. The parties shall file and serve a joint motion for conditional class certification and preliminary approval of their class action settlement on or before June 3, 2010.

2. The hearing regarding the parties' joint motion for conditional class certification and preliminary approval of their class action settlement shall be on July 8, 2010, at 1:30 p.m.

Dated: May 26, 2010          LANKENAU & MILLER LLP


By      /s/ Stuart Miller
    STUART MILLER
    Attorneys for Plaintiff
    JAY E. MARTIN

Dated: May 26, 2010          DLA PIPER LLP (US)


By      /s/ Carter W. Ott
    CARTER W. OTT
    Attorneys for Defendant
    LUMETRA HEALTHCARE SOLUTIONS

I, Carter Ott, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME. In compliance with General Order 45, X.B., I hereby attest that Stuart Miller has concurred in this filing.

**ORDER**

The parties' stipulation is hereby adopted by the Court. The parties shall file and serve their joint motion for conditional class certification and preliminary approval of their class action settlement on or before June 3, 2010. The Court shall hear that motion on ~~July 8~~ July 15, 2010, 1:30 p.m.

Dated: 6/2/10

By _____
HON. RICHARD SEEBORG
United States District Court Judge